█ In the Matter of AMBER A. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHY A., Respondent-Appellant, et al., Respondent. (Appeal No. 1.) [852 NYS2d 904]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.